ROBERT C. BONNER
United States Attorney
FREDERICK M. BROSIO, JR.
Assistant U.S. Attorney
Chief, Civil Division
HUGH W. BLANCHARD
Assistant U.S. Attorney
 U.S. Courthouse
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-2470

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. A 51297 |
| Plaintiff, | |
| vs. | J U D G M E N T |
| JANE E. NOVOA, | |
| Defendant(s) | |

It appearing to the Court that the Complaint in the above-entitled action was filed in this Court on December 20, 1985, and that after due service process upon the defendant(s) according to law, no appearance, answer or other defense was served or filed herein on behalf of the defendant(s) and default having been duly entered as to the said defendant(s), GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the plaintiff, United States of America, recover from the defendant(s) Jane E. Novoa the sum of $2,750.00 principal and $1,225.35 interest as prayed for in the Complaint herein, together with costs incurred in this action in the sum of $20.00 for a total amount of $3,995.35. Judgment to accrue interest at 7.06 % per annum until paid.

DATED: This _____ day of ____April____ 19_86_.

LEONARD A. BROSNAN, Clerk
United States District Court

APR 15 1986

By Sandra Butler
                Deputy Clerk

HWB:ljs
rm CBD-183
8-76 DOJ